1
2
3
4
5
6
7
8     UNITED STATES DISTRICT COURT
9     SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,          )   Criminal Case No.   07MJ0123-AJB
                                       )
12              Plaintiff,             )   ORDER OF DETENTION ON
                                       )   DEFENDANT'S WAIVER OF BAIL
13  v.                                 )   PENDING TRIAL
                                       )
14  KRISTIN LOUISE SHORT               )
                                       )
15              Defendants.            )
                                       )
16  _____    )

17
18       In accordance with the Bail Reform Act of 1984, 18 U.S.C. §3142(f), a detention hearing was
19  scheduled for __January 23__, 200_7_, to determine whether defendant should be held in custody
20  without bail pending trial and, if convicted, sentencing in the above-captioned matter. Assistant
21  United States Attorney __Lauren Barefoot__ appeared on behalf of the United States;
22  Attorney __Holly Sullivan__ appeared on behalf of the Defendant.
23       At the hearing the Defendant knowingly and voluntarily waived his right, on the record and in
24  the presence of counsel, to the setting of bail and a detention hearing. Based on that waiver, the Court
25  orders that Defendant be detained pending trial and, if convicted, sentencing in these matters, without
26  prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and
27
28                                            1

without prejudice or a waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of and appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of his right to bail and a detention hearing at a future date.

IT IS SO ORDERED.

DATED:  January 24, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

K:\COMMON\BATTAGLI\CASES\2 Orders to be filed\Waiver of Det Ord Dft Short 06mj0123  0122.wpd        2